Joseph Robinson
c/o John M. Robinson
P. O. Box 563
Frederick, MD 21705
(301) 712-7994



# In the United States District Court
# For the Eastern District of California

| | | |
|---|---|---|
| Joseph Robinson, | Plaintiff, | 2:10-CV-2464 MCE JFM (PS) |
| v. | | EX PARTE REQUEST FOR JOHN MOULDS TO STOP PROTECTING DEFENDANT |
| Jeff Cunan, | Defendant. | OR RECUSE HIMSELF |

Plaintiff requests that John Moulds stop protecting Defendant or recuse himself.

John Moulds interposed three procedural hurdles for Plaintiff
with the intent to violate his right to an opportunity to be heard.
1. First, Moulds knowingly demanded a useless fees form that is not required by statute.
2. When Plaintiff complied, Moulds did nothing for 45 days to delay him.
3. When the Chico Equity Center paid Plaintiff's fee, Moulds immediately and spontaneously filed an order for Plaintiff to show why this action should not be dismissed, though he knew he should have issued the warrant against Defendant.

It is clear and obvious that Moulds is acting for Defendant and against Plaintiff. Moulds used these procedural hurdles to prevent the orderly and timely process of Plaintiff's court and provide defacto immunity from criminal liability for Defendant. Defendant and his cohorts depended upon this defacto immunity to commit their felony.

John Moulds, stop protecting Defendant or recuse yourself.
If you cannot be impartial, get out of Plaintiff's way.


November 29, 2010                                        Joseph Robinson

                                                         *Joe Rob* (signature)