IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSEPH ROBINSON,

        Plaintiff,                     No. CIV 2:10-cv-2464-MCE-JFM (PS)

   vs.

JEFF CUNAN,

        Defendant.               <u>ORDER</u>

        In light of the pending order to show cause, IT IS HEREBY ORDERED that:

        1. The motion hearing scheduled for December 16, 2010 is vacated and

        2. Plaintiff's motion for warrant is denied.

DATED: December 13, 2010.

                                       UNITED STATES MAGISTRATE JUDGE

/014;robi2464.mot.dn